

# Fourth Court of Appeals
## San Antonio, Texas

**MEMORANDUM OPINION**

04-24-00140-CR

**IN RE** Bryant **KENDRICK**

Original Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
               Luz Elena D. Chapa, Justice
               Liza A. Rodriguez, Justice

Delivered and Filed: March 27, 2024

PETITION FOR WRIT OF MANDAMUS DISMISSED

On February 26, 2024, relator filed a petition for a writ of mandamus. On March 13, Relator filed a motion notifying this court that it does not have jurisdiction over his mandamus petition. After considering the petition and the motion, this court concludes it does not have jurisdiction. Accordingly, relator's petition for writ of mandamus is **DISMISSED**. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

DO NOT PUBLISH

---

[1] This proceeding arises out of Cause No. 218-07-12941-CR01, pending in the 454th Judicial District Court, Medina County, Texas, the Honorable Daniel Kindred presiding.